[No. 15617-2-II.    Division Two.    June 15, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT
BAKER ANDERSON, *Appellant*.

Appeal from a judgment of the Superior Court for Clark
County, No. 91-1-00650-4, Robert L. Harris, J., entered De-
cember 31, 1991. *Affirmed* by unpublished opinion per
Houghton, J., concurred in by Morgan, C.J., and Alexander,
J.

[Nos. 15424-2-II; 15824-8-II.    Division Two.    June 15, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN P.
SMITH, *Appellant*.

Appeals from judgments of the Superior Court for Jeffer-
son County, No. 91-1-00047-1, Frederick B. Hayes, J., entered
October 25, 1991, and March 5, 1992. *Affirmed* by unpub-
lished opinion per Alexander, J., concurred in by Morgan,
C.J., and Houghton, J.

[No. 15663-6-II.    Division Two.    June 15, 1994.]

ALICIA JOHNSON, ET AL, *Appellants*, v. DANIEL W.
HOGAN, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Kitsap
County, No. 90-2-02136-1, Karen B. Conoley, J., entered
December 26, 1991. *Affirmed in part, reversed in part,* and
*remanded* by unpublished opinion per Alexander, J., con-
curred in by Seinfeld, A.C.J., and Houghton, J.